# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0792
LT Case No. 35-2021-CF-822-A

_____

MARCUS DARNELL SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Marcus Darnell Shaw, Bonifay, pro se.

No Appearance for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____